468 A.2d 842

Gessler Landscape, Inc., Appellant v. Benson & Benson, Inc., et al.

Appeal of: Benson & Benson, Inc. (at No. 1638).

Argued May 4, 1983. Harry F.

Dunn, Jr., for Gessler, appellant (at No. 1553) and appellee (at No. 1638); John O'Rourke, Jr., for Benson & Benson, Inc., appellant (at No. 1638) and appellee (at No. 1553).

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Order affirmed.